Daniel WRIGHT,[1] Respondent
Below–Appellant,

v.

Anne EVANS–GRANT, Petitioner
Below–Appellee.

No. 467, 2016

Supreme Court of Delaware.

Submitted: February 10, 2017

Decided: April 19, 2017

Court Below—Family Court of the State of Delaware, File No. CN07–06749, Pet. No. 16–15876

1. The Court previously assigned pseudonyms to the parties.

AFFIRMED in part and REVERSED in part. REMANDED.